## (November 29, 1983)

■ RHENUS TRANSPORT INTERNATIONAL CORPORATION, Respondent, v WOLFGANG MATHES et al., Appellants. — Order, Supreme Court, New York County (Martin Evans, J.), entered on September 22, 1983, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. The appeal from the order entered on July 27, 1983 is dismissed as moot, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Sandler, Ross and Alexander, JJ.